1  YUNG MING CHOU, ESQ (SBN 172118)
   39111 Paseo Padre Parkway, Suite 207
2  Fremont, CA 94538
   Tel.: (510) 713-8698
3  Fax: (510) 713-8690

4  Attorney for Plaintiff
            SYSCAN, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| SYSCAN, INC. | |
|---|---|
| Plaintiff, | Case No.: C07 01603 PVT |
| vs. | STIPULATON AND [PROPOSED] ORDER FOR REMOVAL OF EXHIBIT A OF THE COMPLAINT FROM COURT FILE AND TO FILE THE EXHIBIT UNDER SEAL TO MAINTAIN CONFIDENTIALITY OF THE LICENSE AGREEMENT |
| PLUSTEK INC. AND FUTUREWELL HOLDING LIMITED. | |
| Defendants. | |

WHEREAS, on March 21, 2007, Plaintiff Syscan, Inc. ("Plaintiff") filed its Complaint in the United States District Court for the Northern District of California, and attached a license agreement entered among the parties on October 27, 2003 as Exhibit A to the Complaint;

WHEREAS, the said license agreement contained a confidentiality clause requiring the parties to keep the terms and conditions of the license agreement confidential;

WHEREAS, the parties intend and agree to maintain the confidentiality of the terms and conditions of the license agreement for the remainder of the litigation; and

WHEREAS, Defendants Plustek Inc. and Futurewell Holding Limited ("Defendants") reserve their rights pursuant to the license agreement to assert claim(s) arising from the public disclosure of the confidential terms and conditions of the license agreement from March 21, 2007 until the time when the license agreement is removed from the Court's file;

1  IT IS HEREBY STIPULATED by and between Plaintiff and Defendants through their
2 respective counsel of record, that the license agreement identified as Exhibit A in the Complaint
3 be removed from the Court's file.

4 DATED: May 4, 2007

5         /s/ Yung-Ming Chou
6         Yung-Ming Chou,
        Attorney for Plaintiff
7         SYSCAN, INC.

8
9 DATED: May 4, 2007        ORION LAW GROUP

10         /s/ Sang N. Dang
        Sang N. Dang
11         Attorneys for Defendants
        PLUSTEK INC. AND FUTUREWELL
12         HOLDING LIMITED

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Court Clerk is directed to remove the license agreement identified as Exhibit A in the Complaint from the public Court file and to file Exhibit A to the Complaint Under Seal.

Dated: May 9, 2007

*Patricia V. Trumbull*

PATRICIA V. TRUMBULL
UNITED STATES
MAGISTRATE JUDGE

2

C07 01603 PVT
STIPULAITON & ORDER FOR REMOVAL EXHIBIT A OF THE COMPLAINT