SANG N. DANG (NO. 214558)
sdang@koslaw.com
**KLEIN, O'NEILL & SINGH, LLP**
43 Corporate Park
Suite 204
Irvine, CA 92606
Telephone: 949-955-1920
Facsimile: 949-955-1921

Attorneys for Defendants
**PLUSTEK INC. and FUTUREWELL HOLDING LIMITED**

YUNG MING CHOU (NO. 172118)
Chouyung@aol.com
39111 Paseo Padre Parkway, Suite 207
Fremont, CA 94538
Telephone: 510-713-8698
Facsimile: 510-713-8690

Attorney for Plaintiff
SYSCAN, INC.

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYSCAN, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PLUSTEK INC., AND FUTUREWELL HOLDING LIMITED <br><br> Defendants. | Case No. C 07-01603 JW <br><br> **STIPULATION TO CONTINUE THE PRELIMINARY PRETRIAL CONFERENCE STATEMENTS AND THE PRELIMINARY PRETRIAL CONFERENCE AND [PROPOSED] ORDER THEREON** |

---

**KLEIN, O'NEILL & SINGH, LLP**

STIPULATION AND PROPOSED ORDER TO EXTEND THE PPC STATEMENTS AND THE PPC

Case No. C 07-01603 JW

1  **WHEREAS,** on March 21, 2007, Plaintiff Syscan, Inc. ("Syscan") filed an action in the United States District Court for the Northern District of California against Defendants Plustek, Inc. ("Plustek") and Futurewell Holding Limited ("Futurewell"), alleging, *inter alia*, that Plustek and Futurewell are in breach of contract.

**WHEREAS**, pursuant to the Scheduling Order dated September 14, 2007, discovery was scheduled to close on September 29, 2008 and the Last Date for Hearing Dispositive Motions was scheduled for December 1, 2008 (*see* Docket Item No. 26).

**WHEREAS**, pursuant to the Order Granting Plaintiff's Administrative Request to Extend Discovery (*see* Docket Item No. 50), the close of discovery was extended from September 29, 2008 to February 20, 2009.  Furthermore, the hearing on Defendant's Motion for Summary Judgment was continued for sixteen (16) weeks from December 1, 2008 to March 23, 2009 (*see* Docket Item Nos. 41 and 50).

**WHEREAS**, the Preliminary Pretrial Conference Statements are still due on January 23, 2009, and the Preliminary Pretrial Conference is still currently scheduled for February 2, 2009 based on the original Scheduling Order dated September 14, 2007 (*see* Docket Item No. 26).

**WHEREAS,** the Parties have agreed that the outcome of the pending Motion for Summary Judgment is important to the Preliminary Pretrial Conference Statements and the Preliminary Pretrial Conference.

**WHEREAS** in the interest of judicial economy, the Parties have agreed to continue the Pretrial Conference Statements for sixteen (16) weeks from January 23, 2009 to a date on or after May 15, 2009, and the Preliminary Pretrial Conference for sixteen (16) weeks from February 2, 2009 to a date on or after May 25, 2009.

**WHEREAS** there have been no previous stipulated continuances of the Preliminary Pretrial Conference Statements and the Preliminary Pretrial Conference, the Parties have agreed that the requested continuance is sufficient to account for the adjustment of sixteen (16) weeks in the briefing and hearing schedule for Defendants' Motion for Summary Judgment.

//

**NOW, THEREFORE,** the Parties, through their respective counsel of record, hereby stipulate and respectfully request the Court to order as follows:

The Preliminary Pretrial Conference originally scheduled for February 2, 2009, shall be continued to a date on or after May 25, 2009.

The Preliminary Pretrial Conference Statements originally scheduled for January 23, 2009 shall be continued to a date on or after May 15, 2009.

DATED: January 14, 2009

By  /s/ Yung-Ming Chou
Yung Ming Chou
Attorneys for Plaintiffs
SYSCAN, INC.

DATED: January 14, 2009          KLEIN, O'NEILL & SINGH, LLP

By  /s/ Sang N. Dang
Sang N. Dang
Attorneys for Defendants
**PLUSTEK INC. and FUTUREWELL HOLDING LIMITED**

**[PROPOSED] ORDER**

The Court finds good cause to continue the Preliminary Pretrial Conference from February 2, 2009 to **March 23, 2009 at 11 a.m.**  On or before March 13, 2009, the parties shall file their Joint Preliminary Pretrial Statement.  The Statement shall include, among other things, the parties' position with respect to their readiness for trial and their proposed trial schedule.

It is so **ORDERED**.

DATED: January 28, 2009

UNITED STATES DISTRICT JUDGE