IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Syscan, Inc., | NO. C 07-01603 JW |
| Plaintiff, | **ORDER SETTING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| Plustek, Inc., et al., | |
| Defendants. | |

In light of the Court's July 9, 2009 Order denying Defendants' motion for summary judgment, the Court ORDERS the parties to appear for a Preliminary Pretrial Conference on **September 28, 2009 at 11 a.m.** The parties shall file a Joint Preliminary Pretrial Statement on or before **September 18, 2009**. The Joint Statement shall address, among other things, a schedule for proceeding with the remainder of this case, including proposed dates for a <u>Markman</u> hearing and a proposed trial schedule.

Dated: July 9, 2009

James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Sang Ngoc Dang sdang@koslaw.com
Vy Hoang Vu Vvu@koslaw.com
Vy Hoang Vu Vvu@koslaw.com
Yung-Ming Chou chouyung@aol.com

**Dated:  July 9, 2009**               **Richard W. Wieking, Clerk**

                                       **By:    /s/ JW Chambers**
                                            **Elizabeth Garcia**
                                            **Courtroom Deputy**