YUNG MING CHOU, ESQ (SBN 172118)
39111 Paseo Padre Parkway, Suite 207
Fremont, CA 94538
Tel.: (510) 713-8698
Fax: (510) 713-8690

Attorney for Plaintiff
                    SYSCAN, INC.

GRANTED

*James Ware*

Judge James Ware

7/23/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SYSCAN, INC.<br><br>                 Plaintiff,<br><br>        vs.<br><br>PLUSTEK INC. AND FUTUREWELL<br>HOLDING LIMITED.<br><br>                 Defendants. | Case No.: C07 01603 JW<br><br>NOTICE OF WITHDRAWAL OF<br>PLAINTIFF'S MOTION TO COMPEL<br>DISCOVERY AGAINST NON-PARTY<br>I.R.I.S. INC.  (CIVIL L.R. 7-7)<br><br><br><br>Date: 2/24/2009<br>Time: 10:00 a.m.<br>Place: Courtroom 5 (4th Floor)<br>Judge: Hon. Patricia V. Trumbull |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

        PLEASE TAKE NOTICE that Plaintiff Syscan, Inc. hereby withdraws its motion to

compel discovery against non-party I.R.I.S. Inc. (IRIS") scheduled for hearing at the captioned

date and time because IRIS has since produced documents and information in response to

Plaintiff's Subpoena in a Civil Case after the instant motion was filed with the Court on January

15, 2009.

DATED: February 5, 2009

                                        /s/ Yung-Ming Chou                    .
                                        Yung-Ming Chou
                                        Attorney for Plaintiff Syscan, Inc.

1

PROOF OF SERVICE BY MAIL

Yung-Ming Chou certifies:

I am, and at times mentioned herein was, an active member of the State Bar of California and not a party to the within cause. My business address is 39111 Paseo Padre Parkway, Suite 207, Fremont, CA 94538.

On February 5, 2009, I served a copy of attached NOTICE OF WITHDRAWAL OF PLAINTIFF SYSCAN INC.'S NOTICE OF MOTION & MOTION TO COMPEL DISCOVERY AGAINST NON-PARTY IRIS INC. by placing a true copy enclosed in a sealed envelope with postage fully prepaid, in the FedEx at Fremont, California, addressed to:

SANG N. DANG
KLEIN, O'NEILL & SINGH, LLP
43 Corporate Park, Suite 204
Irvine, CA  92606

I.R.I.S. Inc.
4731 West Atlantic Avenue, Suite B1 & B2
Delray Beach, FL 33445

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: February 5, 2009

/s/ Yung-Ming Chou          .
Yung-Ming Chou

2