YUNG MING CHOU, ESQ (SBN 172118)
39111 Paseo Padre Parkway, Suite 207
Fremont, CA 94538
Tel.: (510) 713-8698
Fax: (510) 713-8690

Attorney for Plaintiff
       SYSCAN, INC.

**GRANTED**
Judge James Ware
7/23/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SYSCAN, INC.<br><br>    Plaintiff,<br><br>  vs.<br><br>PLUSTEK INC. AND FUTUREWELL HOLDING LIMITED.<br><br>    Defendants. | Case No.: C07 01603 JW<br><br>NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY AGAINST NON-PARTY DIGITAL BUSINESS PROCESS (CIVIL L.R. 7-7)<br><br>Date: 2/24/2009<br>Time: 10:00 a.m.<br>Place: Courtroom 5 (4th Floor)<br>Judge: Hon. Patricia V. Trumbull |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Syscan, Inc. hereby withdraws its motion to compel discovery against non-party Digital Business Process, a.k.a. NeatReceipts ("NeatReceipts") scheduled for hearing at the captioned date and time because Neatreceipts has since produced documents and information in response to Plaintiff's Subpoena in a Civil Case after the instant motion was filed with the Court.

DATED: February 24, 2009

                                       /s/ Yung-Ming Chou          .
                                       Yung-Ming Chou
                                       Attorney for Plaintiff Syscan, Inc.

1

PROOF OF SERVICE BY MAIL

Yung-Ming Chou certifies:

I am, and at times mentioned herein was, an active member of the State Bar of California and not a party to the within cause. My business address is 39111 Paseo Padre Parkway, Suite 207, Fremont, CA 94538.

On February 24, 2009, I served a copy of attached NOTICE OF WITHDRAWAL OF PLAINTIFF SYSCAN INC.'S NOTICE OF MOTION & MOTION TO COMPEL DISCOVERY AGAINST NON-PARTY IRIS INC. by placing a true copy enclosed in a sealed envelope with postage fully prepaid, in the U.S. Mail at Fremont, California, addressed to:

SANG N. DANG
KLEIN, O'NEILL & SINGH, LLP
43 Corporate Park, Suite 204
Irvine, CA  92606

Digital Business Process (a.k.a. NeatReceipts)
3401 Market Street, Suite 120
Philadelphia, PA 19104

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: February 24, 2009

/s/ Yung-Ming Chou                .
Yung-Ming Chou