IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Syscan, Inc., <br><br>      Plaintiff,<br>  v.<br><br>Plustek, Inc., et al.,<br><br>      Defendants.<br>_____/ | NO. C 07-01603 JW<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE; SETTING HEARING ON MOTIONS FOR PARTIAL SUMMARY JUDGMENT** |

On September 28, 2009, the Court conducted a Case Management Conference. Counsel for the respective parties were present. In light of the discussion at the Conference, the Court orders as follows:

(1) The parties are permitted to file cross-motions for partial summary judgment on the following issues:

    (i) The scope of the license agreement; in particular, whether Defendants' obligation to pay a royalty under the license depends upon non-use by Defendants' products of the patents recited in the license agreement.

    (ii) Whether Defendants' products use the patents subject to the license agreement, including a statement as to which claims are relevant and a proposed construction of the relevant claims.

(2) On **December 14, 2009 at 9 a.m.**, the Court will conduct a hearing on the motions for partial summary judgment. The parties shall meet and confer to agree on a briefing schedule and file the appropriate Stipulation for the Court's approval on or before **October 5, 2009.**

Dated: September 28, 2009

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Sang Ngoc Dang sdang@koslaw.com
Vy Hoang Vu Vvu@koslaw.com
Yung-Ming Chou chouyung@aol.com

**Dated:  September 28, 2009**              **Richard W. Wieking, Clerk**

                                       **By:     /s/ JW Chambers**
                                              **Elizabeth Garcia**
                                              **Courtroom Deputy**