1  YUNG MING CHOU (NO. 172118)
2  Chouyung@aol.com
   39111 Paseo Padre Parkway, Suite 207
3  Fremont, CA 94538
   Telephone: 510-713-8698
4  Facsimile: 510-713-8690

5  Attorney for Plaintiff
   **SYSCAN, INC.**

6

7

8  SANG N. DANG (NO. 214558)
   sdang@koslaw.com
   **KLEIN, O'NEILL & SINGH, LLP**
9  43 Corporate Park
   Suite 204
10 Irvine, CA 92606
   Telephone: 949-955-1920
11 Facsimile: 949-955-1921

12 Attorneys for Defendants
   **PLUSTEK INC.**
13

14
                              UNITED STATES DISTRICT COURT
15
                              NORTHERN DISTRICT OF CALIFORNIA
16
                                     SAN JOSE DIVISION
17

18
   SYSCAN, INC.,                       |  Case No. C 07-01603 JW
19
                  Plaintiff,           |  **STIPULATION REGARDING BRIEFING
20                                     |  SCHEDULE FOR CROSS-MOTIONS FOR
        vs.                            |  PARTIAL SUMMARY JUDGMENT AND
21                                     |  [PROPOSED] ORDER** AS MOOT
   PLUSTEK INC. AND FUTUREWELL         |
22 HOLDING LIMITED                     |
                                       |
23             Defendants.             |

24

25

26

27

28

**KLEIN,**          STIPULATION REGARDING BRIEFING
**O'NEILL &**       SCHEDULE FOR CROSS-MOTIONS FOR                Case No. C 07-01603 JW
**SINGH, LLP**      PARTIAL SUMMARY JUDGMENT

**WHEREAS,** pursuant to the Order Following Case Management Conference dated September 29, 2009 (Docket No. 86), the Court have set the hearing date for cross-motions for partial summary judgment for December 14, 2009 at 9:00 a.m., and have ordered the Parties to meet and confer to agree on and submit for the Court's approval a briefing schedule regarding the cross-motions for partial summary judgment.

**WHEREAS**, the Parties, through their respective counsel of record, have met and conferred on September 30, 2009 to discuss the briefing schedule and other logistics relating to the cross-motions for partial summary judgment.

**NOW, THEREFORE,** the Parties, through their respective counsel of record, hereby stipulate and respectfully request the Court to order a briefing schedule as follows:

| **PLEADING OR EVENT** | **DATE** |
|---|---|
| The Parties' Respective Cross-Motions for Partial Summary Judgment (last day to file) | October 26, 2009 (49 days before the hearing date) |
| The Parties' Respective Oppositions to the Motions for Partial Summary Judgment (last day to file) | November 9, 2009 (14 days after service of the motions, and 35 days before the hearing date) |
| The Parties' Respective Replies In Support of Cross-Motions for Partial Summary Judgment (last day to file) | November 23, 2009 (14 days after service of opposition briefs, and 21 days before the hearing date) |
| Hearing for Cross-Motions for Partial Summary Judgment | December 14, 2009 at 9:00 a.m. |

//
//
//
//
//
//

**KLEIN, O'NEILL & SINGH, LLP**

STIPULATION REGARDING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT

1

Case No. C 07-01603 JW

Furthermore, due the numerous issues that would require briefing, the Parties, through their respective counsel of record, hereby stipulate and respectfully request the Court to order the following extension of page limitations for the respective briefs:

| BRIEFS | PAGE LIMITATIONS |
|---|---|
| Cross-Motions for Partial Summary Judgment | Not to exceed 35 pages |
| Oppositions to the Motions for Partial Summary Judgment | Not to exceed 35 pages |
| Replies In Support of Cross-Motions for Partial Summary Judgment | Not to exceed 20 pages |

DATED: October 1, 2009

By /s/ Yung Ming Chou
Yung Ming Chou
Attorneys for Plaintiff
**SYSCAN, INC.**

DATED: October 1, 2009        KLEIN, O'NEILL & SINGH, LLP


By /s/ Sang N. Dang
Sang N. Dang
Attorneys for Defendants
**PLUSTEK INC. AND FUTUREWELL HOLDING LIMITED**

# [P~~ROPO~~ /s/ SED] ORDER

The stipulation is found as MOOT. the Court has issued its Order on the parties' cross-motions for summary judgment (See Docket Item No. 125).

DATED: December 30, 2009

_/s/ James Ware_
U.S. DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2009, I electronically filed the foregoing with the Clerk of the Court in compliance with Civil Local Rule 5-5(b) using the CM/ECF system which will send notification of the filing to all counsel of record.

          /s/ Sang N. Dang
          Sang N. Dang

KLEIN, O'NEILL & SINGH, LLP