YUNG MING CHOU (NO. 172118)
Chouyung@aol.com
39111 Paseo Padre Parkway, Suite 207
Fremont, CA  94538
Telephone:  510-713-8698
Facsimile:  510-713-8690

Attorney for Plaintiff
**SYSCAN, INC.**

SANG N. DANG (NO. 214558)
sdang@koslaw.com
**KLEIN, O'NEILL & SINGH, LLP**
43 Corporate Park
Suite 204
Irvine, CA  92606
Telephone:  949-955-1920
Facsimile:  949-955-1921

Attorneys for Defendants
**PLUSTEK INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYSCAN, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PLUSTEK INC. AND FUTUREWELL HOLDING LIMITED <br><br> Defendants. | Case No. C 07-01603 JW <br><br> **STIPULATION REGARDING CLAIM CONSTRUCTION PROCEEDINGS AND [PROPOSED] ORDER** |

STIPULATION REGARDING CLAIM
CONSTRUCTION PROCEEDINGS

Case No. C 07-01603 JW

1   **WHEREAS,** pursuant to the Order Denying Cross-Motions for Summary

2   Judgment dated December 10, 2009 (Docket No. 125), the Court have set the date for a claim

3   construction hearing for March 26, 2010 at 9:00 a.m., and have ordered the Parties to file their

4   briefs in accordance with the Civil Local Rules and Patent Local Rules.

5       **WHEREAS**, through their respective counsel of record, the Parties have met and

6   conferred to discuss the schedule and other logistics relating to the claim construction

7   proceedings.

8       **NOW, THEREFORE,** the Parties, through their respective counsel of record,

9   hereby stipulate and respectfully request the Court to order a schedule for the as follows:

| PLEADING OR EVENT | DATE |
|---|---|
| Simultaneous exchange of preliminary proposed construction of each claim term, phrase or clause, which the parties collectively have identified for claim construction purposes. (Patent L.R. 4-2(a)) | January 15, 2010 |
| Joint Claim Construction and Preliminary Pre-hearing Statement (Patent L.R. 4-3) | January 29, 2010 |
| Plaintiff's Opening Claim Construction Brief (Patent L.R. 4-5(a)) | February 19, 2010 |
| Defendants' Responsive Claim Construction Brief (Patent L.R. 4-5(b)) | March 5, 2010 |
| Plaintiff's Reply Claim Construction Brief (Patent L.R. 4-5(c)) | March 12, 2010 |
| Claim Construction Hearing | March 26, 2010 at 9:00 a.m. (set forth in the Order Denying Cross-Motions for Summary Judgment - Docket No. 125) |

Furthermore, due the numerous claim construction issues that would require

briefing, the Parties, through their respective counsel of record, hereby stipulate and respectfully request the Court to order the following extension of page limitations for the respective claim construction briefs:

| BRIEFS | PAGE LIMITATIONS |
| --- | --- |
| Opening Claim Construction Brief | Not to exceed 45 pages |
| Responsive Claim Construction Brief | Not to exceed 45 pages |
| Reply Claim Construction Brief | Not to exceed 20 pages |

DATED: December 28, 2009

By /s/ Yung Ming Chou
Yung Ming Chou
Attorneys for Plaintiff
**SYSCAN, INC.**

DATED: December 28, 2009      KLEIN, O'NEILL & SINGH, LLP

By /s/ Sang N. Dang
Sang N. Dang
Attorneys for Defendants
**PLUSTEK INC. AND FUTUREWELL HOLDING LIMITED**

1                                **[PROPOSED] ORDER**

2          It is so **ORDERED**.

3

4      DATED: January 12, 2010          _/s/ James Ware_
                                                                          U.S. DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2009, I electronically filed the foregoing with the Clerk of the Court in compliance with Civil Local Rule 5-5(b) using the CM/ECF system which will send notification of the filing to all counsel of record.

    /s/ Sang N. Dang
    Sang N. Dang

KLEIN, O'NEILL & SINGH, LLP

- 1 -