UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED AS MODIFIED

James Ware

Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SYSCAN, INC.<br><br>Plaintiff,<br><br>vs.<br><br>PLUSTEK INC. AND FUTUREWELL HOLDING LIMITED.<br><br>Defendants. | Case No.: C07 01603 JW<br><br>STIPULATED ORDER TO CONTINUE CLAIM CONSTRUCTION HEARING |

1  WHEREAS, the Court has reset the Claim Construction hearing date on April 2, 2010;

2  WHEREAS, plaintiff's counsel will not be available for the following periods: March 29 – April 9, 2010 and May 24 – June 1, 2010, and defendants' counsel will not be available for the following periods: May 3 – May 7, 2010, May 14, May 17 – May 21, 2010, and May 31 – June 4, 2010.

IT IS HEREBY STIPULATED by the undersigned parties, though their respective counsel of record, that the Claim Construction Hearing be continued to April 16, 2010 or other date as the Court sees fit to its calendar excluding the aforesaid unavailable dates of counsels.

Dated: March 12, 2010

>By:   /s/ Yung-Ming Chou
>      Yung Ming Chou
>      Attorney for Plaintiff
>      SYSCAN, INC.
>
>KLEIN, O'NEILL & SINGH LLP
>
>By:   /s/ Sang N. Dang
>      Sang N. Dang
>      Attorneys for Defendants
>      PLUSTEK INC. & FUTUREWELL
>      HOLDING LIMITED

IT IS ORDERED that:

the Claim Construction Hearing is set for **April 23, 2010 at 9 a.m.**

Dated: March 17, 2010

_____
UNITED STATES DISTRICT JUDGE

2

STIPULATED ORDER TO CONTINUE CLAIM CONSTRUCTION HEARING          C07-01603 JW