*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYSCAN, INC., | Case No. C 07-01603 JW |
| Plaintiff, | **STIPULATION TO CONTINUE CLAIM CONSTRUCTION HEARING AND [~~PROPOSED~~] ORDER** |
| vs. | |
| PLUSTEK INC. AND FUTUREWELL HOLDING LIMITED | |
| Defendants. | |

1      **WHEREAS,** pursuant to the Order dated March 17, 2010 (Docket No. 143), the

2 Court have set the date for a claim construction hearing for April 23, 2010 at 9:00 a.m.;

3      **WHEREAS**, the parties have re-engaged in settlement discussions, and have made

4 substantial progress in negotiating settlement terms;

5      **WHEREAS**, through their respective counsel of record, the parties have met and

6 conferred to discuss continuing the claim construction hearing to allow the parties additional time

7 to negotiate the settlement; and

8      **IT IS HEREBY STIPULATED** by the undersigned parties, though their

9 respective counsel of record, that the Claim Construction Hearing be continued to Monday June

10 21, 2010 or an alternative date thereafter that would fit the Court's calendar.

12 DATED: April 14, 2010

14                                  By  /s/ Yung Ming Chou
                                      Yung Ming Chou
                                      Attorneys for Plaintiff
15                                       **SYSCAN, INC.**

16 DATED: April 14, 2010         **KLEIN, O'NEILL & SINGH, LLP**

18                                  By  /s/ Sang N. Dang
                                      Sang N. Dang
19                                       Attorneys for Defendants
20                                       **PLUSTEK INC. AND FUTUREWELL HOLDING LIMITED**

STIPULATION TO CONTINUE CLAIM CONSTRUCTION HEARING         1         Case No. C 07-01603 JW

# [P~~ROPOS~~ED] ORDER

Based on the parties' representation that they have made "substantial progress" in negotiating settlement terms, the Court finds good cause to GRANT the parties' a continuance of the Claim Construction hearing currently set for April 23, 2010.

The Court sets **Friday, June 25, 2010 at 9 a.m.** for the Claim Construction hearing. On or before **June 14, 2010**, the parties shall file a Joint Status Report to update the Court on their settlement efforts. If a Stipulated Dismissal is on filed by **June 14, 2010**, the Claim Construction will be automatically vacated.

Since this is the last Friday available for Claim Construction hearing until the Court's fall calendar, no further continuances will be granted.

Dated: April 19, 2010

_____
JAMES WARE
United States District Judge