IT IS SO ORDERED AS MODIFIED

*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYSCAN, INC., | Case No. C 07-01603 JW |
| Plaintiff, | **ORDER VACATING CLAIM CONSTRUCTION HEARING; SETTING STATUS CONFERENCE RE: SETTLEMENT** |
| vs. | |
| PLUSTEK INC. AND FUTUREWELL HOLDING LIMITED | |
| Defendants. | |

**\*\*\* ORDER \*\*\***

Based on the parties' Joint Status Report, the Court finds good cause to VACATE the Claim Construction hearing currently set for June 25, 2010. Instead, the Court sets a Status Conference re: Settlement on **September 13, 2010 at 10 a.m**. On or before **September 3, 2010**, the parties shall file a Joint Status Statement updating the Court on the status of their settlement efforts. The Court is providing the parties with ample time between now and September to reduce their settlement to a writing and bring this case to a close.

Dated: June 14, 2010

JAMES WARE
United States District Judge

- 1 -