1  YUNG MING CHOU, ESQ (SBN 172118)
   39111 Paseo Padre Parkway, Suite 207
2  Fremont, CA 94538
   Tel.: (510) 713-8698
3  Fax: (510) 713-8690

4  Attorney for Plaintiff
                SYSCAN, INC.
5

6  SANG N. DANG (NO. 214558)
   sdang@koslaw.com
7  KLEIN, O'NEILL & SINGH LLP
   43 Corporate Park, Suite 204
8  Irvine, CA  92606
   Telephone:  949-955-1920
9  Facsimile:  949-955-1921

10 Attorneys for Defendants
        PLUSTEK, INC. & FUTUREWELL HOLDING LTD.
11

12

13

14                 UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                     SOUTHERN DIVISION

17 SYSCAN, INC.

18              Plaintiff,            Case No.: C07 01603 JW

19       vs.                         STIPULATION OF DISMISSAL

20 PLUSTEK INC. AND FUTUREWELL        [Fed. R. Civ. P. 41(a)(A)(1)(ii)]
   HOLDING LIMITED.
21
               Defendants.
22

23

24

25

26

27

28

                                1

STIPULATION OF DISMISSAL                        C07-01603 JW

1   Having entered an agreement to settle the above-captioned action, Plaintiff Syscan, Inc.

2   and Defendants Plustek Inc. and Futurewell Holdings Limited. (collectively referred to herein as

3   the "Parties") hereby enter into this Stipulation of Dismissal. Pursuant to Federal Rule of Civil

4   Procedure 41(a)(1)(A)(ii), the Parties agree to dismiss the above-captioned action **with**

5   **prejudice**.  The Parties further agree that each side is to bear its own fees and costs.

6   IT IS SO STIPULATED.      The Clerk shall close this file.

7   Dated: June 25, 2010

8

9                                        By:   /s/ Yung-Ming Chou

10                                             Yung Ming Chou
                                              Attorney for Plaintiff
11                                            SYSCAN, INC.

12                                      KLEIN, O'NEILL & SINGH LLP

13

14                                      By:   /s/ Sang N. Dang

15                                            Sang N. Dang
                                             Attorneys for Defendants
16                                           PLUSTEK INC. & FUTUREWELL
                                             HOLDING LIMITED
17

18

19

20

21

22

23

24

25

26

27

28

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2010, I electronically filed the foregoing with the Clerk of the Court in compliance with Civil Local Rule 5-5(b) using the CM/ECF system which will send notification of the filing to all counsel of record.

                                          /s/ Yung-Ming Chou
                                          Yung-Ming Chou

3